## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE HUELL LINDSEY, | ) |
| BOP Reg. #10189-003, | ) |
|    Petitioner, | ) |
| | )   CIVIL ACTION NO. 16-00308-WS |
| v. | ) |
| | ) CRIMINAL ACTION NO. 08-061-WS-N |
| | |
| UNITED STATES OF AMERICA, | ) |
|    Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Lindsey's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 77) be **DENIED** and **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the 22nd day of February, 2017.


s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**