IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE HUELL LINDSEY, ) | |
| BOP Reg. #10189-003, ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. 16-00308-WS |
| v. ) | |
| ) | CRIMINAL ACTION NO. 08-061-WS-N |
| UNITED STATES OF AMERICA, ) | |
|    Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Lindsey's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 77) is **DENIED** and this action is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the 22nd day of February, 2017.

                                              s/WILLIAM H. STEELE
                                              **UNITED STATES DISTRICT JUDGE**