# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE HUELL LINDSEY, | ) |
| | ) |
| Petitioner. | ) |
| | ) |
| v. | ) CRIMINAL NO. 08-0061-WS-N |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

This matter comes before the Court on petitioner Terrance Huell Lindsey's "Application Pursuant to 28 U.S.C. Section 2244(b)(3) for Authorization to File a Second or Successive 28 U.S.C. Section 2255 Motion" (doc. 85).

The court file reflects that Lindsey filed his first § 2255 Motion to Vacate (doc. 72) on June 23, 2016, and that such Motion was denied via Order (doc. 83) and Judgment (doc. 84) entered on February 22, 2017. Lindsey's Application reflects that he now wishes to bring a second or successive § 2255 Motion based on what he claims to be a "new rule of law" announced by the Supreme Court this spring in *Dimaya*. Lindsey has directed his Application to the wrong court. Applications for leave to file second or successive § 2255 motions must be made to the appropriate court of appeals, not the district court. *See* 28 U.S.C. § 2255(h) ("[a] second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals"); 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."); *Boyd v. United States*, 754 F.3d 1298, 1301 (11th Cir. 2014) ("If a court determines that a § 2255 motion is 'second or successive,' the motion must be certified by the court of appeals before the district court may reach the merits of the motion.").

In light of the foregoing, Lindsey's motion for authorization to file a second or successive § 2255 motion is **denied without prejudice** because the authorization he seeks may be granted only by the United States Court of Appeals for the Eleventh Circuit.

DONE and ORDERED this 7th day of June, 2018.

                                              s/ WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE